## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CARLOS EDUARDO HERRERA DE LA ROSA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **CIVIL ACTION FILE NO.: 1:23-CV-01519-SCJ** |
| v. | ) ) | |
| SMART ALABAMA, LLC; AND TOTAL EMPLOYEE SOLUTION SUPPORT, LLC; | ) ) ) ) | **CLASS ACTION** |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby advise this Court that, pursuant to Fed.
R. Civ. P. 41(a)(1)(ii), this case should be dismissed with prejudice, with each party
to bear their own attorneys' fees, costs and expenses.

Respectfully submitted this the 3rd day of January, 2024.

s/ Jon M. Gumbel
Jon M. Gumbel
Georgia - GA Bar #315195
BURR & FORMAN LLP
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
T (404) 815-3000
F (404) 817-3244

jgumbel@burr.com

s/ Michael L Lucas
Michael L. Lucas
Ingu Hwang
Allison Hawkins
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
mlucas@burr.com
ihwang@burr.com
ahawkins@burr.com

Attorneys for Defendant
SMART ALABAMA, LLC


s/ David R. Kresser
David R. Kresser
FISHER PHILLIPS LLP
Georgia Bar No. 429615
1230 Peachtree Street, NE
Suite 3300
Atlanta, GA 30309
T (404) 231-1400
F (404) 240-4249
dkresser@fisherphillips.com

Attorney for Defendant Total
Employee Solution Support, LLC

_s/ Daniel Werner_
Daniel Werner
Georgia Bar No. 422070
dwerner@dradfordscott.com
James Radford
Georgia Bar No. 108007
jradford@radfordscott.com
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
T (678) 271-0300
F (678) 271-0314


_s/ Christopher B. Hall_
Christopher B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com HALL
& LAMPROS, LLP 300 Galleria
Parkway, Suite 300 Atlanta, GA
30339

Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
Brian J. Sutherland
Georgia Bar No. 105408
brian@beal.law
BEAL SUTHERLAND BERLIN &
BROWN LLC
945 East Paces Ferry Rd NE
Suite 2000
Atlanta, GA 30326

_Attorneys for Plaintiff_

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that on January 3, 2024, I prepared the foregoing Joint Stipulation of Dismissal in Book Antiqua, 13-point type in accordance with L.R. 5.1(C). I further certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically generate notice of such filing to the attorneys of record.


s/ Jon M. Gumbel
Jon M. Gumbel
Attorney for Defendant
SMART Alabama, LLC